AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
OCT 0 8 2026
BONNIE HACKLER
Clerk, U.S. District Court
By ____ Deputy Clerk

megan ashley rose Dodd
*Petitioner*

v.

rogers County Sheriffs office
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. CIV-26-362-RAW
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: megan ashley rose Dodd
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Amos G Ward Detention Center
   (b) Address:

   (c) Your identification number:
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☑ Other - explain:
   State Haskell County & Cherokee Nation
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Being held on State Charges that the Judge Brian henderson has Failed to listen to and is a conflict i havent had a fair hearing and they planed it all I have recording proof I'm tribal

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: was never heard and in retaliation to federal lawsuits i have several state witnesses to call

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: haskell County District Court & Cherokee nation i'm indian and it maliciously done
(b) Docket number, case number, or opinion number: CF-22-2988
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: all of it they had me physically assaulted, had people gang stalk me, kidnapped my child + have proof of it all
(d) Date of the decision or action: never heard + transfered to CN without hearing when Federal Court took Jurisdiction

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☒ Yes ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: eastern District Court
(2) Date of filing: 1-30-2026 & August 2026
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised: multiple physical assaults; kidnapping harassment; stalking via social media, intemidation discrimination and was preplanned I have recorded proof

(b) If you answered "No," explain why you did not appeal: because they keep throwing me in custody when i have asked federal court to interven

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: ______
(2) Case number: ______
(3) Date of filing: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: ______
(2) Case number: ______
(3) Date of filing: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: ______
(b) Date of the removal or reinstatement order: ______
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ________

(2) Case number: ________

(3) Result: ________

(4) Date of result: ________

(5) Issues raised: ________

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ☒ No

If "Yes," provide:

(1) Name of court: ________

(2) Date of filing: ________

(3) Case number: ________

(4) Result: ________

(5) Date of result: ________

(6) Issues raised: ________

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes ❒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ________

(b) Name of the authority, agency, or court: eastern District Of OKlahoma

(c) Date of filing: April 2024

(d) Docket number, case number, or opinion number: Still pending

(e) Result: ________

(f) Date of result: ________

(g) Issues raised: multiple wasnt allowed to call witnesses the audio recording was not me they allowed my daughter to be hurt and multiple other reasons

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** that randy richman Judge henderson have preplanned the outcome of the hearings i have audio of Randy Admitting to it and threatening my life

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

i have audio recording of Randy admitting that he threatened my life + also the haskell County Sheriffs department + Stigler police + Choctaw had me assaulted + kidnapped my child all under the Judge. i filed a lawsuit against

(b) Did you present Ground One in all appeals that were available to you?

❒ Yes ❒ No

**GROUND TWO:** petitioner alleges that her current incarceration is part of a continuing pattern of retaliation intended to punish, silence + interfer with my federal lawsuit

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

i have evidence of everytime i filed they retaliated against me last time i filed August i was brutally assaulted trying to get kidnapping report Choctaws lighthorse assaulted me

(b) Did you present Ground Two in all appeals that were available to you?

❒ Yes ❒ No

**GROUND THREE:** Judge brian henderson is now trying to take my house after they have taken my kids illegally, car while in Jail they took my keys

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

there is mutiple cases in haskell County that they denied me right to fair hearing after my lawsuit i have supporting evidence of it all and alot of witnesses

(b) Did you present Ground Three in all appeals that were available to you?

❒ Yes ❒ No

**GROUND FOUR:** i had a federal Rico where i recieved my daughter back from my tribe. Where brian henderson and haskell County + Stigler police departmen + Choctaw took my child again illegally

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

i do have multiple recordings audio of them not doing an amber Alert when i had Full Custody Cops showed up to parents house where they refused to give me my child ignoring Judges orders next day went under Judge henderson + was granted guardianship when 2 dhs agents stated it was done illegally

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: because they transfered them to Cherokee nation without Full hearing + i asked federal Court to get involved

**Request for Relief**

15. State exactly what you want the court to do: take all cases and allow me a fair hearing allow me out of Custody to be allowed to show all my evidence and put protective orders on the people who i requested before so i can feel safe my safety has been at risk and i can prove all this was maliciously done i have been gang stalked and discriminated against the whole time. Everytime i ask for federal help they have blocked me from responding to my federal cases and have committed more crimes against me after my safety has been threatened while incarcerated multiple times

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
10-8-2026 but have been trying to access my lawsuit where i was denied multiple times

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-8-2026

Megan Dodd
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*